**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Schuylar Ray Davis,<br><br>    Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>    Respondents. | No. CV 05-3866-PHX-FJM<br><br>**ORDER** |

The court has before it petitioner's petition for writ of habeas corpus (doc. 1), respondent's answer (doc. 8) and the report and recommendation of the United States Magistrate Judge (doc. 11). Petitioner has failed to file objections, and the time for filing them has expired. Therefore, we adopt the Magistrate Judge's recommendation in full. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (interpreting 28 U.S.C. § 636 (b)(1)(C)).

Accordingly, **IT IS ORDERED DENYING** the petition for writ of habeas corpus (doc. 1).

DATED this 11th day of May, 2007.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge